# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 96-4085
_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Missouri. |
| David E. Longley, | * | |
| | * | **[UNPUBLISHED]** |
| Appellant. | * | |

_____

Submitted: July 21, 1997
Filed: July 25, 1997
_____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.

David Longley challenges the 18-month sentence imposed on him by the district court[1] following the revocation of his supervised release. Counsel has filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967). We granted Longley leave to file a pro se supplemental brief, which he has not done. We affirm.

_____

[1]The HONORABLE GARY A. FENNER, United States District Judge for the Western District of Missouri.

We review the district court's sentence imposed upon revocation of supervised release for an abuse of discretion, and we find none here.  See United States v. Carr, 66 F.3d 981, 983 (8th Cir. 1995) (per curiam); United States v. Grimes, 54 F.3d 489, 492 (8th Cir. 1995).  Because Longley's underlying conviction was a Class C felony, the maximum statutory term of imprisonment for violating the conditions of his supervised release was 24 months, see 18 U.S.C. § 3583(e)(3), and his 18-month revocation sentence was well within that maximum.

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.